1 | MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
2 | JAIDEEP VENKATESAN, Bar No. 211386
jvenkatesan@be-law.com
3 | BERGESON, LLP
303 Almaden Boulevard, Suite 500
4 | San Jose, CA 95110-2712
Telephone:  (408) 291-6200
5 | Facsimile:   (408) 297-6000

6 | Attorneys for Plaintiff
JOHN MCCOY

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11

12 | JOHN MCCOY,                                                              Case No. C11-05054 PSG

13 |                                               Plaintiff,                 **SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**

14 |         vs.

15 | CCA HOLDINGS CORPORATION, a Delaware      Judge:  Magistrate Peter S. Grewal
corporation doing business in California as                                   Ctrm:   5, 4th Floor
16 | CHARTER COMMUNICATIONS and its
successor corporation, CHARTER                                                Date Filed:  August 16, 2011
17 | COMMUNICATIONS, INC., a Delaware                                          Trial Date:  None Set
corporation doing business in California as
18 | CHARTER COMMUNICATIONS (CCI), INC.;
CHARTER COMMUNICATIONS
19 | PROPERTIES LLC, a limited liability company
organized and existing under the laws of the state
20 | of Delaware and doing business in the State of
California,
21
                                              Defendants.
22

Plaintiff John McCoy hereby substitutes Melinda M. Morton, Esq. and Jaideep Venkatesan, Bergeson, LLP, 303 Almaden Blvd., Suite 500, San Jose, California 95110, (408) 291-6200, as attorneys of record in place and stead of M. Dean Sutton, Esq., Sutton Law Firm, 1570 The Alameda #224, San Jose, CA 95126, (408) 294-2280.

Date: November 7, 2011          BERGESON, LLP

                                /s/
                                Melinda M. Morton

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

I CONSENT TO THE ABOVE SUBSTITUTION:

Date: November 7, 2011          SUTTON LAW FIRM

                                M. Dean Sutton

SUBSTITUTION OF ATTORNEY IS HEREBY  X  ACCEPTED  ___ DENIED.

Dated:  11/15 , 2011             Hon. Peter S. Grewal
                                 United States Magistrate Judge

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                C11-05054 PSG