1  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
2  JAIDEEP VENKATESAN, Bar No. 211386
   jvenkatesan@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  Attorneys for Plaintiff
   JOHN MCCOY
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12 | JOHN MCCOY,                                  | Case No. C11-05054 PSG
13 |                            Plaintiff,        | **SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**
14 |      vs.                                     |
15 | CCA HOLDINGS CORPORATION, a Delaware         | Judge: Magistrate Peter S. Grewal
   | corporation doing business in California as  | Ctrm:  5, 4th Floor
16 | CHARTER COMMUNICATIONS and its               |
   | successor corporation, CHARTER               | Date Filed: August 16, 2011
17 | COMMUNICATIONS, INC., a Delaware             | Trial Date: None Set
   | corporation doing business in California as  |
18 | CHARTER COMMUNICATIONS (CCI), INC.;          |
   | CHARTER COMMUNICATIONS                       |
19 | PROPERTIES LLC, a limited liability company  |
   | organized and existing under the laws of the state |
20 | of Delaware and doing business in the State of |
   | California,                                  |
21 |                                              |
   |                            Defendants.       |
22

23

24

25

26

27

28

1  Plaintiff John McCoy hereby substitutes Melinda M. Morton, Esq. and Jaideep
2  Venkatesan, Bergeson, LLP, 303 Almaden Blvd., Suite 500, San Jose, California 95110, (408)
3  291-6200, as attorneys of record in place and stead of M. Dean Sutton, Esq., Sutton Law Firm,
4  1570 The Alameda #224, San Jose, CA 95126, (408) 294-2280.
5
6  Date: November 7, 2011              BERGESON, LLP
7
8                                      _____/s/_____
                                        Melinda M. Morton
9
10  In accordance with General Order No. 45, Rule X, the above signatory attests that
11  concurrence in the filing of this document has been obtained from the signatory below.
12  I CONSENT TO THE ABOVE SUBSTITUTION:
13  Date: November 7, 2011              SUTTON LAW FIRM
14
15                                      _____
                                        M. Dean Sutton
16
17  SUBSTITUTION OF ATTORNEY IS HEREBY  X  ACCEPTED     ___ DENIED.
18
19  Dated:  11/15    , 2011             _____
                                        Hon. Peter S. Grewal
20                                      United States Magistrate Judge
21
22
23
24
25
26
27
28