UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN MCCOY,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>CCA HOLDINGS CORPORATION, ET AL.,<br><br>　　　　　　Defendants.<br>_____ | Case No.: C 11-05054 PSG<br><br>**CASE MANAGEMENT ORDER** |

　　　On November 15, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference.  Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

　　　IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

　　　IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

　　　IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

　　　IT IS FURTHER ORDERED that the parties shall participate in Early Neutral Evaluation ("ENE").  The parties shall promptly contact the court's ADR department to make the appropriate

Case No.: C 11-5054 PSG
CASE MANAGEMENT ORDER　　　　　　　　　　1

1  arrangements.

2      IT IS FURTHER ORDERED that the following schedule shall apply to this case:

3      Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 20, 2012

4      Designation of Opening Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . May 21, 2012

5      Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . June 15, 2012

6      Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 29, 2012

7      Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 37-3

8      Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . 10:00 a.m. on August 21, 2012

9      Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on October 23, 2012

10     Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on November 5, 2012

11     IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil

12 Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy

13 of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint

14 Pretrial Statement, and all other pretrial submissions.

15 Dated: November 21, 2011

16                                                           PAUL S. GREWAL

17                                                            United States Magistrate Judge

---

[1]  This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2]  A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

Case No.: C 11-5054 PSG
CASE MANAGEMENT ORDER         2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: C 11-5054 PSG
CASE MANAGEMENT ORDER                3