1  MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
2  JAIDEEP VENKATESAN, Bar No. 211386
jvenkatesan@be-law.com
3  BERGESON, LLP
303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

6  Attorneys for Plaintiff
JOHN MCCOY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JOHN MCCOY, | Case No. C11-05054 PSG |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR EARLY NEUTRAL EVALUATION |
| vs. | |
| CCA HOLDINGS CORPORATION, a Delaware corporation doing business in California as CHARTER COMMUNICATIONS and its successor corporation, CHARTER COMMUNICATIONS, INC., a Delaware corporation doing business in California as CHARTER COMMUNICATIONS (CCI), INC.; CHARTER COMMUNICATIONS PROPERTIES LLC, a limited liability company organized and existing under the laws of the state of Delaware and doing business in the State of California, | Judge: Magistrate Peter S. Grewal<br>Ctrm: 5, 4th Floor<br><br>Date Filed: August 16, 2011<br>Trial Date: None Set |
| Defendants. | |

Plaintiff John McCoy ("Plaintiff"), together with Defendants CCA Holdings Corporation, Charter Communications, Inc., and Charter Communications Properties, LLC (collectively herein referred to as "Defendants") by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the parties are currently required to complete the Early Neutral Evaluation ("ENE") by February 17, 2012; and

WHEREAS, due to the travel and trial schedules of the parties and the evaluator, the parties are unable to find a date prior to February 17, 2012; and

WHEREAS, counsel for Plaintiff has a trial starting on February 21, 2012; and

WHEREAS the parties' undersigned counsel hereby declares that the time modifications requested herein would have no material impact on the case schedule because the case is at its initial stage:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that:

1. The parties have until March 31, 2012 to complete the ENE.

SO STIPULATED AND AGREED

Date:  December 20, 2011          BERGESON, LLP

                                  /s/
                                  Melinda M. Morton
                                  Attorney for Plaintiff John McCoy

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Date:  December 20, 2011          LEWIS BRISBOIS BISGAARD & SMITH LLP

                                  /s/
                                  Ralph A. Zappala
                                  Attorney for Defendant CCA Holdings Corporation, Charter
                                  Communications, Inc. and Charter Communications
                                  Properties, LLC

IT IS SO ORDERED.

Dated:  ___12/30___, 2011         [signature]
                                  The Honorable Paul S. Grewal
                                  United States District Magistrate
                                  Northern District of California