1  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
2  JAIDEEP VENKATESAN, Bar No. 211386
   jvenkatesan@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  Attorneys for Plaintiff
   JOHN MCCOY
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | JOHN MCCOY, | Case No. C11-05054 PSG
13 |                                    Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR EARLY
14 |         vs. | NEUTRAL EVALUATION
15 | CCA HOLDINGS CORPORATION, a Delaware corporation doing business in California as |
16 | CHARTER COMMUNICATIONS and its | Judge:  Magistrate Peter S. Grewal
   | successor corporation, CHARTER | Ctrm:   5, 4th Floor
17 | COMMUNICATIONS, INC., a Delaware corporation doing business in California as | Date Filed:  August 16, 2011
18 | CHARTER COMMUNICATIONS (CCI), INC.; CHARTER COMMUNICATIONS | Trial Date:  None Set
19 | PROPERTIES LLC, a limited liability company organized and existing under the laws of the state
20 | of Delaware and doing business in the State of California,
21
22 |                                  Defendants.

23
24
25
26
27
28

Plaintiff John McCoy ("Plaintiff"), together with Defendants CCA Holdings Corporation, Charter Communications, Inc., and Charter Communications Properties, LLC (collectively herein referred to as "Defendants") by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the parties are currently required to complete the Early Neutral Evaluation ("ENE") by February 17, 2012; and

WHEREAS, due to the travel and trial schedules of the parties and the evaluator, the parties are unable to find a date prior to February 17, 2012; and

WHEREAS, counsel for Plaintiff has a trial starting on February 21, 2012; and

WHEREAS the parties' undersigned counsel hereby declares that the time modifications requested herein would have no material impact on the case schedule because the case is at its initial stage:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that:

    1.    The parties have until March 31, 2012 to complete the ENE.

SO STIPULATED AND AGREED

Date:  December 20, 2011    BERGESON, LLP

    /s/
    Melinda M. Morton
    Attorney for Plaintiff John McCoy

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Date:  December 20, 2011    LEWIS BRISBOIS BISGAARD & SMITH LLP

    /s/
    Ralph A. Zappala
    Attorney for Defendant CCA Holdings Corporation, Charter Communications, Inc. and Charter Communications Properties, LLC

IT IS SO ORDERED.

Dated:  _____12/30_____, 2011    [signature]
    The Honorable Paul S. Grewal
    United States District Magistrate
    Northern District of California